UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MICHAEL ARDIS,**

    **Plaintiff,**

v.                                      Case No. 3:17cv115-MCR-CJK

**U.S. BANK NATIONAL ASSOCIATION,**

    **Defendant,**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 7, 2017 (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections and found them without merit.[1] (ECF No. 25)

Accordingly, the Court hereby ORDERS and ADJUDGES as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

---

[1] Plaintiff admits in his objections that the issue of timeliness of the notice of removal "is not the point." (ECF No. 25, at 9.)

2. U.S. Bank National Association's Motion to Remand (ECF No. 5) is GRANTED.

3. This matter is hereby remanded to the state court from which it was removed.

4. The clerk is directed to close the file.

DONE AND ORDERED this 7th day of September, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**